UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00639-RJC-DCK

| | |
|---|---|
| JOHN COURTNEY, | ) |
| Plaintiff, | ) |
| v. | ) **Order** |
| RAIN OR SHINE GOLF, LLC, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on the Parties' Joint Motion for Approval of Settlement of FLSA Action (the "Motion"). (Doc. No. 12). After review of the briefs and exhibits, including the settlement agreement, and for the reasons set forth in the memorandum in support of the Motion, **IT IS, THEREFORE, ORDERED** that:

1. The Parties' Joint Motion for Approval of Settlement of FLSA Action (Doc. No. 12) is **GRANTED**;

2. This case is **DISMISSED with prejudice**

The Clerk of Court is directed to close this case.

Signed: August 8, 2022

Robert J. Conrad, Jr.
United States District Judge